UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
        - v. -                :      ORDER
                              :
JEFFREY ELWELL,               :      S1 15 Cr. 386 (JGK)
    a/k/a "J-Bo,"             :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

Upon the application of the United States of America by Hadassa Waxman, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S1 15 Cr. 386 (JGK), be unsealed.

Dated:  New York, New York
        August 6, 2015

_____
THE HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE

